# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1279

_____

| | | |
|---|---|---|
| Lamont Clayton Van, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Larry Norris, Arkansas Department of | * | |
| Correction, | * | [UNPUBLISHED] |
| | * | |
| Defendant, | * | |
| | * | |
| Ashraf Diab, CMS Healthcare, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| Max Mobley, Deputy Director, | * | |
| Arkansas Department of Correction; | * | |
| Juanita Stell, LPN, CMS Healthcare, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| Charlotte Green, Infirmary Manager, | * | |
| CMS Healthcare; Roland Anderson, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 7, 2008
Filed:  July 11, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inmate Lamont Clayton Van appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 lawsuit following an evidentiary hearing. Having conducted de novo review of the record, see Johnson v. Cowell Steel Structures, Inc., 991 F.2d 474, 478 (8th Cir. 1993), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.